UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 26-2141(DSD/DTS)

Abdimahat Bille Mohamed,

    Petitioner,

                                       **ORDER**

v.

United States of America,

    Respondent.


This matter is before the court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated April 9, 2026 (R&R).  No objections have been filed to the R&R in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  The petition for a writ of habeas corpus [ECF No. 1] is denied;

2.  The application to proceed in forma pauperis [ECF No. 2] is denied; and

3.  The case is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: April 29, 2026

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court